SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>LUONG, et. al.,<br><br>    Defendants | Case No. **2:09-cv-00374-FCD-KJM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 23, 2009 FOR DEFENDANT HIEN LUONG TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Hien Luong, by and through, Scott N. Johnson; Hien Luong (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendant Hien Luong until April 23, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

2. Defendant Hien Luong is granted an extension until May 23, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Hien Luong's response will be due no later than May 23, 2009.

IT IS SO STIPULATED effective as of April 20, 2009

Dated: April 17, 2009 /s/Hien Luong

Hien Luong

PRO SE

Dated: April 20, 2009 /s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Hien Luong shall have until May 23, 2009 to respond to complaint.

Dated: April 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2